# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF ) <br> ANTHONY DARNELL COX, JR., ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 324175 A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:24-mc-908 <br><br> **FILED** <br> 12/17/2024 <br> CLERK U.S. DISTRICT COURT <br> WEST. DIST. OF PENNSYLVANIA |

## ORDER

WHEREAS Attorney Anthony Darnell Cox, Jr. ("Attorney Cox") was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, by order of the Supreme Court of Pennsylvania dated July 26, 2024, effective 30 days from the date of that order, entered in Disciplinary Proceeding Number 68 DB 2024; and

WHEREAS, after receiving notice that Attorney Cox was temporarily suspended from the Bar of the Commonwealth of Pennsylvania, this Court issued an Order to Show Cause, dated September 13, 2024, which afforded Attorney Cox an opportunity, in accordance with this Court's Local Rules, to show good cause why an identical order of suspension should not be entered by this Court (ECF #1);

WHEREAS the Order to Show Cause was sent by certified mail to Attorney Cox at the address he maintains with the Clerk of Court, which mailing was returned to the Clerk as undeliverable;

WHEREAS, because it was discovered that, due to a typographical error, the Order to Show Cause was mailed to the wrong address, the Order to Show Cause was sent by certified mail to the corrected address on October 30, 2024, which mailing was also returned to the Clerk as undeliverable. On or around the same date, the Order to Show Cause was also sent, via U.S. First

Class Mail, to the address that Attorney Cox maintains with the Pennsylvania Bar, which differs from the address that he maintains with the Clerk of this Court; and

WHEREAS Attorney Cox filed no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Cox is temporarily suspended from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Cox's CM/ECF User Account and identify Attorney Cox as being suspended in the Court's attorney admission records; and

IT IS FINALLY ORDERED that any Attorney who seeks reinstatement to practice before this Court must file a Petition for Reinstatement with the Clerk of Court. LCvR 83.3G. Because suspension of Attorney Cox's CM/ECF User Account will prevent him from filing documents electronically, Attorney Cox will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Cox at both the mailing address that he maintains with the Clerk of Court and with the Pennsylvania Bar.

Date: December 17, 2024

_____
Mark R. Hornak
Chief United States District Judge

CERTIFIED FROM THE RECORD
12/17/2024
Brandy S. Lonchena
*Denee Breter*
Deputy Clerk

2