**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  DISCIPLINE OF         )
ANTHONY DARNELL COX, JR.,  )
ATTORNEY REGISTRATION     )
NUMBER 324175 A MEMBER    )    Misc. No. 2:24-mc-908
OF THE BAR OF THE UNITED STATES  )
DISTRICT COURT FOR THE WESTERN  )
DISTRICT OF PENNSYLVANIA    )

## <u>ORDER</u>

WHEREAS this Court issued an Order to Show Cause to Attorney Darnell Cox, Jr. ("Attorney Cox") on July 28, 2025, to show good cause why an order of disbarment on consent, reciprocal to the July 18, 2025 order entered by the Supreme Court of Pennsylvania in Disciplinary Proceeding Number 68 DB 2024 should not be entered by this Court (ECF #3);

WHEREAS the Clerk of Court sent the Order to Show Cause to Attorney Cox via certified mail to the address that he maintains with this Court, which mailing was returned as undeliverable, and, thereafter sent the Order to Show Cause via electronic mail to the primary email address associated with Attorney Cox's CM/ECF user account with this Court on August 14, 2025, which communication was not returned as undeliverable; and

WHEREAS Attorney Cox has filed no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Cox is reciprocally disbarred on consent from the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that Attorney Cox's CM/ECF User Account, which was suspended on December 17, 2024, ECF #2, shall remain deactivated and that Attorney Cox's

status in this Court's attorney admission records shall be changed from temporarily suspended to disbarred; and

IT IS FINALLY ORDERED that Attorney Cox must file a Petition for Reinstatement with the Clerk of Court before he can resume the practice of law before this Court. LCvR 83.3G. Because deactivation of Attorney Cox's CM/ECF User Account will prevent him from filing documents electronically, Attorney Cox will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Cox via First Class Mail at the mailing address that he maintains with the Clerk of Court, which is the same mailing address that is on record with the Pennsylvania Disciplinary Board, and via electronic mail sent to the primary email address associated with Attorney Cox's CM/ECF user account with this Court.


Dated:  September 22, 2025                    */s/ Mark R. Hornak*
                                              Mark R. Hornak
                                              Chief United States District Judge